# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOANNA SWOMLEY and LAWRENCE BROCCHINI, | § § § | No. 180, 2015 |
| Plaintiffs Below, Appellants, | § § § § | Court Below—Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 9355-VCL |
| MARTIN SCHLECHT, JOSEPH MARTIN, KENNETH BRADLEY, and SYNQOR HOLDINGS, LLC, | § § § § § | |
| Defendants Below, Appellees. | § § § | |

Submitted: November 18, 2015
Decided: November 19, 2015

Before **STRINE**, Chief Justice; **HOLLAND, VALIHURA, VAUGHN,** and **SEITZ**, Justices, constituting the Court *en Banc*.

## O R D E R

This 19th day of November 2015, having considered this matter on the briefs filed by the parties and after oral argument, the Court has concluded that the final judgment of the Court of Chancery should be affirmed for the reasons stated in its August 27, 2014 bench ruling.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

_____
Justice